# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON- PUMP INHIBITOR PRODUCTS LIABILITY LITGATION** | **MDL NO. 2789 (CCC)(MF)** |
| | COMPLAINT AND JURY DEMAND |
| DONALD MILLER and JANE MILLER, | |
| Plaintiff, | DIRECT FILED ACTION |
| v. | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENCA LP., | **Case Management Order No. 7 Matter** |
| Defendants. | |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) n a m e d  b e l o w  file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order No. 7.  Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Proton-Pump Inhibitor Products Liability Litigation*, MDL 2789, in the United States District Court for the District of New Jersey pursuant to Case Management Order No. 7.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1.      Name of individual injured/deceased due to the use of  PPI Product(s):

Donald Miller..

2.      Consortium Claim(s):  The following individual(s) allege damages for loss of

consortium:     Jane Miller..

3.      Survival and/or Wrongful Death Claims:

      a.  Plaintiff,  __N/A__              , is filing this case in a representative capacity

        as the     __N/A__                  of the Estate of _____N/A_____  ,

        deceased.

      b.  Survival Claim(s):  The following individual(s) allege damages for survival

        claims, as permitted under applicable state laws: __N/A__                  .

4.      As a result of using PPI Products, Plaintiff/Decedent suffered pain and suffering,

emotional distress, mental anguish, and personal and economic injur(ies) that are alleged to

have been caused by the use of the PPI Products identified in Paragraph 10, below, but not

limited to the following:

        ⊠      injury to himself
        ☐      injury to the person represented
        ☐      wrongful death
        ☐      survivorship action
        ⊠      economic loss
        ⊠      loss of services
        ⊠      loss of consortium
        ☐      other: _____

### Identification of Defendants

5.      Plaintiff(s)/Decedent is/are suing the following Defendant(s) (please check all that

apply):

☐    Abbott Laboratories

☒    AstraZeneca Pharmaceuticals LP

☐    AstraZeneca PLC

☐    AstraZeneca AB

☐    Zeneca Inc.

☐    Astra US Holding Corporation

☐    Astra USA LLC

☒    AstraZeneca LP

☐    KBI Sub, Inc.

☐    GlaxoSmithKline Consumer Healthcare Holdings (US) LLC

☐    GlaxoSmithKline Consumer Healthcare LP

☐    GlaxoSmithKline Consumer Healthcare Holdings (US) IP LLC

☐    Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation

☐    Novartis Corporation

☐    Novartis Pharmaceutical Corporation

☐    Novartis Vaccines and Diagnostics, Inc.

☐    Novartis Institutes for Biomedical Research, Inc.

☐    Novartis Consumer Health, Inc.

☐    Pfizer, Inc.

☐    The Procter & Gamble Company

☐    Procter & Gamble Manufacturing Company

☐    Takeda Pharmaceuticals USA, Inc.

☐    Takeda Pharmaceuticals America, Inc.

☐    Takeda Pharmaceuticals LLC

☐    Takeda Pharmaceuticals International, Inc.

☐    Takeda California, Inc.

☐    Takeda Development Center Americas, Inc. f/k/a Takeda Global   Research & Development Center, Inc.

☐    Takeda Pharmaceutical Company Limited

☐    TAP Pharmaceutical Products, Inc. f/k/a TAP Holdings Inc.

☐    Wyeth Pharmaceuticals, Inc.

☐    Wyeth-Ayerst Laboratories

☐    Wyeth LLC

☐    Other(s) Defendant(s) (please identify):

---

## JURISDICTION & VENUE

### Jurisdiction:

6.    Jurisdiction in this Short Form Complaint is based on:

☒    Diversity of Citizenship

☐    Other (The basis of any additional ground for jurisdiction must be pled in

sufficient detail as required by the applicable  Federal Rules of Civil Procedure)._____

---

**Venue:**

7.      District Court(s) in which venue was proper where you might have otherwise filed

this *Short Form Complaint* absent Case Management Order No. 7 entered by this Court

and/or to where remand could be ordered:    Pennsylvania Eastern District Court

## CASE SPECIFIC FACTS

8.      Plaintiff(s) currently reside(s) in (City, State): Beinigsville, Pennsylvania.

9.      To the best of Plaintiff's knowledge, Plaintiff/Decedent used PPI Product(s) during

the following time period: Approximately 2007-2015                              .

10.     Plaintiff/Decedent used the following PPI Products, for which claims are being

asserted:

☐    Dexilant

☒    Nexium

☐    Nexium 24HR

☐    Prevacid

☐    Prevacid 24HR

☐    Prilosec

☐    Prilosec OTC

☐    Protonix

☐    Other (List All): _____

11.     The injuries suffered by Plaintiff/Decedent as a result of the use of PPI Products

include, among others that will be set forth in Plaintiff's discovery responses and medical

records:

☐    Acute Interstitial Nephritis (AIN)

☐    Acute Kidney Injury (AKI)

☒    Chronic Kidney Disease (CKD)

☐    End Stage Renal Disease (ESRD)

☐    Dialysis

☐    Death

☒    Other(s) (please specify): <u>Kidney Failure</u>

_____

_____

_____

_____

12.    At the time of the Plaintiff's/Decedent's diagnosis of injury, Plaintiff/Decedent

resided in (City, State): <u>Breinigsville, Pennsylvania..</u>

### CAUSES OF ACTION

13.    Plaintiff(s), again, hereby adopt(s) and incorporate(s) by reference the *Master*

*Long Form Complaint and Jury Demand* as if fully set forth herein.

14.    The following claims and allegations asserted in the Master *Long Form*

*Complaint and Jury Demand* are herein more specifically adopted and incorporated by

reference by Plaintiff(s) please check all that apply):

☒    Count I:  Strict Product Liability

☒    Count II:  Strict Product Liability – Design Defect

☒      Count III:  Strict Product Liability – Failure to Warn

☒      Count IV:  Negligence

☒      Count V:  Negligence *Per Se*

☒      Count VI:  Breach of Express Warranty

☒      Count VII:  Breach of Implied Warranty

☒      Count VIII: Negligent Misrepresentation

☒      Count IX:  Fraud and Fraudulent Misrepresentation

☒      Count X:  Fraudulent Concealment

☒      Count XI:  Violation of State Consumer Protection Laws of the State(s) of: <u>Pennsylvania.</u>

☒      Count XII:  Loss of Consortium

☐      Count XIII:  Wrongful Death

☐      Count XIV:  Survival Action

☐      Furthermore, Plaintiff(s) assert(s) the following additional  theories and/or

Causes of Action against Defendant(s) identified in  Paragraph five (5) above.  If Plaintiff(s)

includes additional theories of  recovery, to the extent they require specificity in pleadings,

the specific facts  and allegations supporting these theories must be pled by Plaintiff(s) in a

manner complying with the requirements of the Federal Rules of Civil  Procedure:

_____

_____

_____

_____

_____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against  Defendants of compensatory damages, punitive damages, interest, costs of  suit and such further relief as the Court deems equitable and just, and as set  forth in the *Master Long Form Complaint and Jury Demand*, as appropriate.

<u>**JURY DEMAND**</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: May2 , 2018

Respectfully Submitted,

NAPOLI SHKOLNIK, PLLC

*/s/ Christopher R. LoPalo*
Christopher R. LoPalo, Esq.
400 Broadhollow Road, Suite 305
Melville, New York 11747
T: (212) 397-1000
F: (646) 927-1676
CloPalo@NapoliLaw.com

***Attorneys for Plaintiff***